IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE D. DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C 12-02580 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE<br>JUDGE UPON CONSENT |

On October 29, 2012, an order was issued directing the parties to inform the court whether or not they consent to a magistrate judge for all purposes. (Docket No. 17). Both parties consented to proceed before a United States Magistrate Judge by efiling an executed consent form on October 29, 2012. (Docket Nos. 18 and 19). Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including entry of a final judgment to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.

Dated: 10/30/2012

                                        CLAUDIA WILKEN<br>
                                      United States District Judge

cc: MagRef