IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONIQUE D. DAVIS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 12-02580 CW

ORDER OF REFERENCE
TO MAGISTRATE
JUDGE UPON CONSENT

    On October 29, 2012, an order was issued directing the parties to inform the court whether or not they consent to a magistrate judge for all purposes. (Docket No. 17). Both parties consented to proceed before a United States Magistrate Judge by efiling an executed consent form on October 29, 2012. (Docket Nos. 18 and 19). Accordingly,

    IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including entry of a final judgment to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.

Dated: 10/30/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef