```
MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (415) 977-8936
        Facsimile:  (415) 744-0134
        E-Mail:  David.Lerch@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONIQUE D. DAVIS, | |
| Plaintiff, | CASE NO. 3:12-cv-02580-LB |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE A CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a second 30-day extension of time, from November 23, 2012, until December 24, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

   This is Defendant's second request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Counsel for Defendant apologizes to the Court for this delay, and seeks this additional time in light of counsel's pending substantive non-litigation matters, other district court briefs, and the holidays.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1
2                                                    Respectfully submitted,
3
4   Dated: November 16, 2012           By:    *s/Steven Rosales\**
5                                             *[as e-authorized via email]
                                              STEVEN ROSALES,
6                                             Law Offices of Lawrence D. Rohlfing
                                              Attorney for Plaintiff
7
8
    Dated: November 16, 2012                  MELINDA L. HAAG
9                                             United States Attorney
10
                                        By:   *s/ David Lerch*
11                                            DAVID LERCH
                                              Special Assistant United States Attorney
12                                            Attorneys for Defendant
13
14                                            ORDER
15
16  PURSUANT TO STIPULATION, IT IS SO ORDERED:

17  Dated November 26, 2012           _____
                                              THE HONORABLE LAUREL BEELER
18                                            UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28

Stip. and Proposed order for Extension, 3:12-cv-2580                              2