| | |
|---|---|
| MELINDA L. HAAG, CSBN 132612 | |
| United States Attorney | |
| DONNA L. CALVERT, SBN IL 6191786 | |
| Acting Regional Chief Counsel, Region IX | |
| Social Security Administration | |
| DAVID LERCH, CSBN 229411 | |
| Special Assistant United States Attorney | |

      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8936
      Facsimile: (415) 744-0134
      E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MONIQUE D. DAVIS, | ) | |
| | ) | |
|     Plaintiff, | ) | CASE NO. 3:12-cv-02580-LB |
| | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | FOR A SECOND EXTENSION OF TIME FOR |
| MICHAEL J. ASTRUE, | ) | DEFENDANT TO FILE A |
| Commissioner of Social Security | ) | CROSS-MOTION FOR SUMMARY |
| | ) | JUDGMENT AND OPPOSITION TO |
|     Defendant. | ) | PLAINTIFF'S MOTION FOR SUMMARY |
| | ) | JUDGMENT |
| _____ | ) | |

      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a second 30-day extension of time, from November 23, 2012, until December 24, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

      This is Defendant's second request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Counsel for Defendant apologizes to the Court for this delay, and seeks this additional time in light of counsel's pending substantive non-litigation matters, other district court briefs, and the holidays.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 16, 2012   By:   *s/Steven Rosales\**

*[as e-authorized via email]
STEVEN ROSALES,
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff

Dated: November 16, 2012         MELINDA L. HAAG
United States Attorney

By:   *s/ David Lerch*
DAVID LERCH
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated November 26, 2012   _____
THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE